COMMONWEALTH of Pennsylvania,
Respondent

v.

Sean CULLEN–DOYLE, Petitioner.

Supreme Court of Pennsylvania.

June 7, 2016.

### ORDER

PER CURIAM.

**AND NOW,** this 7th day of June, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

(1) Whether Petitioner is eligible for the RRRI program where he is convicted and being sentenced for a single count of first degree burglary, which he admits is a crime of violence, but where he has no other convictions demonstrating a "history of present or past violent behavior," as that term is used in the RRRI Act?